FILED
United States Court of Appeals
Tenth Circuit

January 4, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| TIMOTHY JAMES COATES, et al., | |
| Plaintiffs – Appellees /Cross-Appellants, | |
| v. | Nos. 22-1339 & 22-1434 (D.C. No. 1:20-CV-01936-STV) (D. Colo.) |
| RICHARD A. REIGENBORN, in his official and individual capacities, | |
| Defendant – Appellant /Cross-Appellee, | |
| and | |
| ADAMS COUNTY SHERIFF'S OFFICE, | |
| Defendant/Cross-Appellee. | |

_____

**ORDER**

_____

This matter is before the court on Plaintiffs' jurisdictional memorandum brief for appeal no. 22-1434 filed pursuant to this court's December 20, 2022 order.

Plaintiff's jurisdictional memorandum brief is referred to the panel of judges that will later be assigned to consider these appeals on the merits. No decision on the jurisdictional issue will be made at this time.

Briefing will proceed in these cross-appeals as follows: The brief filed by Defendant Reigenborn in no. 22-1339 on December 14, 2022 will be treated as the first brief on cross-appeal (appellant's principal brief). The second brief on cross-appeal will

be filed by Plaintiffs (appellee's response and reply brief) and is due 30 days from the date of this order. The third brief on cross-appeal (appellant's response and reply brief) will be filed by Defendants Reigenborn and Adam County Sheriff's Office within 30 days after service of the second brief on cross-appeal. The fourth brief on cross-appeal (appellee's reply brief) will be filed by Plaintiffs within 21 days after service of the third brief of cross-appeal. Briefing shall otherwise conform to Fed. R. App. P. 28.1.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    */s/ Sunil N. Rao*

    By: Sunil N. Rao
        Counsel to the Clerk