UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 11, 2023

Ms. Kerri Ann Booth
Ms. Kasandra R. Carleton
Ms. Heidi Michelle Miller
Mr. Michael A. Sink
Adams County Attorney's Office
4430 South Adams County Parkway, Suite C5000b
Brighton, CO 80601

RE:    22-1434, Coates, et al v. Reigenborn, et al
         Dist/Ag docket: 1:20-CV-01936-STV

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if this appellee intends to participate in this appeal. If this party does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Felipe Bohnet-Gomez
       Iris Halpern
       Siddhartha Hardas Rathod

CMW/na