# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| TIMOTHY JAMES COATES;<br>GENE CLAPS;<br>MARK MITCHELL; and<br>KEVIN CURRIER<br><br>    Plaintiffs-Appellees/Cross-Appellants,<br><br>v.<br><br>RICHARD A. REIGENBORN,<br><br>    Defendant-Appellant/Cross-Appellee<br><br>and<br><br>ADAMS COUNTY SHERIFF'S OFFICE,<br><br>    Defendant/Cross-Appellee. | Case No. 22-1434 |

On Appeal from the United States District Court
For the District of Colorado
The Honorable Magistrate Judge Scott T. Varholak
Civil Action No. 1:20-cv-01936-STV

## NOTICE OF NON-PARTICIPATION

The Adams County Sheriff's Office was dismissed below as an improper party in the district court's order on summary judgment. *See* 1:20-cv-01936-STV, ECF No. 71 at 42 (Sept. 28, 2022). That

determination is not challenged in either appeal No. 22-1339 or No. 22-1434. The Adams County Sheriff's Office, therefore, is not an interested party in this appeal under 10th Cir. R. 46.1(D). As such, the Adams County Sheriff's Office does not participate in this appeal.

DATED: January 12, 2023.    Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel for Defendant-Appellant*
*Richard A. Reigenborn*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the PACER system which will send notification of such filing to all counsel of record.

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel for Defendant-Appellant*
*Richard A. Reigenborn*
